# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:20-cv-00310-JMS-WRP |
| CASE NAME: | Bank of America Corporation, et al. v. County of Maui |
| ATTYS FOR PLA: | Ryan T. Scarborough<br>Doug S.G. Chin<br>Michaela S. Wilkes Klein |
| ATTYS FOR DEFT: | Margery S. Bronster<br>Rex Y. Fujichaku<br>Kevin Allen Morris |

| | | | |
|---|---|---|---|
| JUDGE: | J. Michael Seabright | REPORTER: | Cynthia Fazio |
| DATE: | 12/14/2020 | TIME: | 10:00 am - 10:30 am |

COURT ACTION:  EP: Hearing on Defendant County of Maui's Motion to Dismiss Complaint conducted by video teleconference held.

Oral arguments heard.

[26] Defendant County of Maui's Motion to Dismiss Complaint, Filed July 10, 2020 [ECF1] - GRANTED.  Court to issue a written order.

Submitted by: Renee L.F. Honda, Courtroom Manager